**SO ORDERED.**

**SIGNED this 28 day of May, 2014.**



_____
**John T. Laney, III
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| Alpha Protective Services, Inc. | * | |
| | * | |
| Debtor, | * | Chapter 7 |
| | * | |
| Neil C. Gordon, Trustee, | * | Case Number: 12-70482jtl |
| | * | |
| Plaintiff, | * | |
| vs. | * | Adversary Proceeding |
| | * | Number: 14-7023 |
| John Pike, as an Initial Transferee or | * | |
| as Immediate Transferee; Alpha | * | |
| Consulting Engineers, LLC f/k/a Alpha | * | |
| Construction & Engineering, LLC f/k/a | * | |
| APS-AEC, LLC, as Initial Transferee or as | * | |
| conduit to John Pike. | * | |
| | * | |
| Defendants. | * | |

ORDER SCHEDULING TELEPHONE STATUS
CONFERENCE AND RULE 16 DEADLINES

The Court held a pre-trial conference in the above captioned Adversary Proceeding as

scheduled on May 23, 2014.

IT IS ORDERED that, in accordance with Rule 16 of the Federal Rules of Civil

Procedures, the above captioned Adversary Proceeding has been scheduled for a **Telephone Status Conference on the 30th day of September, 2014 at 9:30 o'clock A.M.** and counsel for the parties are directed to be prepared to receive the Court's call at their regular telephone number or at such other telephone number as to which the Court's courtroom deputy is notified at least **one hour prior to said hearing.**

IT IS FURTHER ORDERED that, in accordance with Rule 16 of the Federal Rules of Civil Procedure and Bankruptcy Rule 7016, **September 23, 2014**, is set as the last day for the following unless extended by the Court upon request:

(1)    to join other parties and to amend the pleadings;

(2)    to file and hear motions; and

(3)    to complete discovery.

SO ORDERED.